UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEY DEL RIO,<br><br>                                    Plaintiff,<br>                    -v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                                    Defendant. | 20 Civ. 7792 (PAE) (KHP)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from counsel for plaintiff Joey Del Rio. This matter remains under the supervision of Magistrate Judge Parker.

SO ORDERED.

                                                                          *Paul A. Engelmayer*
                                                                          PAUL A. ENGELMAYER
                                                                          United States District Judge

Dated: February 16, 2021
           New York, New York

**ERNEST H. HAMMER**

ATTORNEY AT LAW

52 CHARLES STREET
GREENWICH, CONNCCTICUT 06870

TEL: 212.425.5928 • FAX: 212.425.3664
E-mail: hammer62us@yahoo.com

February 2, 2021

Hon. Paul Engelmeyer
United States District Judge
40 Foley Square, Room 1305
New York, New York 1007

                          Re:    Joey Del Rio vs. Robert Saul, Commissioner of
Social Security    No. 20 CV 07792

Dear Judge Engelmeyer,

    I represent the plaintiff, Joey Del Rio and have done so for the past several years.

    On his behalf, I filed a Summons and Complaint, in this matter on September 22, 2020, with some difficulty in the Clerk's Office.

    Thereafter, I proceeded to serve the other offices and officials required for such action against the Social Security Administration by First Class Mail, Return Receipt Requested. No response, whatsoever, has been received.

    On January 26, 2021, I sought to file proof of service in compliance with rule 4 of the RCP. I was told that in order to file in the Clerk's office personally, I must have permission from the District Judge assigned.

    I, respectfully, request that I be granted authorization for the filing of proof of service herein by hand delivery to the Clerk's office in this case.

Respectfully,

**Ernest H. Hammer, Esq.**

EHH/ys
cc.: Clerk's Office of the
      United States District Court