```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Joey Del Rio,

                           Plaintiff,

               -against-

Commissioner of Social Security,

                        Defendant.
-------------------------------------------------------------X

**ORDER**

20-CV-7792 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

     The Court is in receipt of Plaintiff's letter to the Hon. Paul A. Engelmayer, dated February 2, 2021, in which Plaintiff's counsel requests authorization to file proof of service on Defendant by hand delivery to the Clerk of Court's office. The Court hereby grants Plaintiff the requested authorization.

     **SO ORDERED.**

Dated:  February 23, 2021
           New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge