```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
Joey Del Rio,                                               :
                                                            :
                           Plaintiff,                       :
                                                            :
            -against-                                       :     20-CV-7792 (PAE) (KHP)
                                                            :
Commissioner of Social Security,                            :
                                                            :
                           Defendant.                       :
                                                            :
------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 7/20/2021

ORDER

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Defendant shall file affirmation of service of the Defendant's Motion to Dismiss (ECF Nos. 18-20.) by Friday, July 23, 2021.

**SO ORDERED.**

Dated:   July 20, 2021
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge