**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOEY DEL RIO,

                Plaintiff,

  -against-                                  20 **CIVIL** 7792 (PAE)(KHP)

                                                            **JUDGMENT**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2021, the defendant's motion to dismiss is granted without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 27, 2021

                                                 **RUBY J. KRAJICK**

                                                 **Clerk of Court**
                   **BY:**
                                                 K. Mango

                                                 **Deputy Clerk**